UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:  CASE NO. 15-00112-JJG-13
WILLIAM CLAYTON WARRENFELTZ JR
DEBTOR(S)

## TRUSTEE'S OBJECTION TO CONFIRMATION

Comes now, Ann M. DeLaney, Trustee herein, and objects to confirmation of the debtor's plan dated 07/09/2015 for the following reason (s):

1. Unable to determine funding without a good mortgage claim;
2. The debtor remains delinquent in plan payments;
3. Estimated claims for Indiana Dept. of Revenue and Internal Revenue Service;
4. Trustee seeking Amended Schedules I & J because of new job;
5. Trustee has sought half tax refunds starting with tax year 2014 since the 341 meeting on 2/11/15, and provided an Agreed Modification to that effect at the 341 meeting;

WHEREFORE, after notice and hearing, your Trustee requests the Court enter an order sustaining this objection and ordering an amended plan.

Respectfully submitted,

DATE:  July 30, 2015

/s/Ann DeLaney
Ann DeLaney
P.O. Box 441285
Indianapolis, IN  46244
Telephone: (317) 829-7360
Facsimile: (317) 829-7369
Email:anndelaney341@trustee13.com

### Certificate of Service

I do hereby certify that a copy of the foregoing Trustee's Objection to Confirmation has been duly served upon the following individuals, by United States mail, first-class postage prepaid, on this date July 30, 2015:

U.S. Trustee     *via electronic mail*

LAW OFFICES OF MARK S ZUCKERBERG     *via electronic mail*

WILLIAM CLAYTON WARRENFELTZ JR: 1077 JUNCO DRIVE, COLUMBUS, IN 47203

/s/Ann DeLaney
Ann DeLaney